No. 79–6423. LASSITER *v.* DEPARTMENT OF SOCIAL SERVICES OF DURHAM COUNTY. Ct. App. N. C. [Certiorari granted, *ante,* p. 819.] Motion of National Legal Aid and Defender Association for leave to file a brief as *amicus curiae* granted. Motion of Gregory C. Malhoit, Esquire, to permit Leowen Evans, Esquire, to present oral argument *pro hac vice* granted. Motion of the Attorney General of North Carolina for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–169. UNITED PARCEL SERVICE, INC. *v.* MITCHELL ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 898.] Motions of American Federation of Labor and Congress of Industrial Organizations and International Brotherhood of Teamsters for leave to file briefs as *amici curiae* granted.

No. 80–332. RHODES, GOVERNOR OF OHIO, ET AL. *v.* CHAPMAN ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 951.] Motion of petitioners to be excused from supplementing the joint appendix granted.

No. 80–5713. IN RE CLIFTON. Petition for writ of habeas corpus denied.

No. 80–396. CITY OF NEWPORT ET AL. *v.* FACT CONCERTS, INC., ET AL. C. A. 1st Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 79–1679. WASTE MANAGEMENT OF WISCONSIN, INC. *v.* FOKAKIS. C. A. 7th Cir. Certiorari denied. 

No. 79–6799. MORRIS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.